ELIZABETH FORGAYS, Individually and as Administratrix of the Estate of JESSE FORGAYS, Deceased, Appellant, v A. JOHN MEROLA et al. Respondents. (Appeal No. 1.) [636 NYS2d 685] —Appeal unanimously dismissed without costs. Same Memoran-

dum as in *Forgays v Merola* 222 AD2d 1088 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Restrict Trial Testimony.) Present—Green, J. P., Pine, Fallon, Callahan and Doerr, JJ.